JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN A. HENDERSON,

               Petitioner,

   v.

PEOPLE OF THE STATE OF CALIFORNIA,

               Respondent.

NO. LA CV 21-06278-VBF (AGR)

JUDGMENT

     Pursuant to the Court's Order filed concurrently,

     IT IS ADJUDGED that the Motion filed by Petitioner is DENIED without prejudice and that the case be terminated without prejudice to his ability to file a petition for writ of habeas corpus under 28 U.S.C. § 2254.

/s/ Valerie Baker Fairbank

DATED: November 2, 2021        _____

                                VALERIE BAKER FAIRBANK
                                United States District Judge